TEXAS EMPLOYERS' INSURANCE
ASSOCIATION, Petitioner,

v.

Betty Jo WELCH, Respondent.

No. C–1132.

Supreme Court of Texas.

Oct. 6, 1982.

Rehearing Denied Feb. 2, 1983.

Camp, Jones & Johnson, John P. Camp and Daniel L. Bates, Fort Worth, Charles R. Griggs, Sweetwater, for petitioner.

Ponder & Pearson, James Pearson, Sweetwater, for respondent.

ON MOTION FOR REHEARING

CAMPBELL, Justice.

We grant Respondent Betty Jo Welch's Motion for Rehearing and withdraw our opinion of July 21, 1982. It is the opinion of the Court that Texas Employers Insurance Company's application for writ of error was improvidently granted. We refuse the application for writ of error, no reversible error, 636 S.W.2d 450.